No. 04–6403. RECIO-VALLEJO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–6416. BROOKS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–6482. BONNER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 04–6552. VEASLEY v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 04–6562. LANGDON v. MALLONEE ET AL. C. A. 4th Cir. Certiorari denied.

No. 04–6578. GRABER v. OHIO. Ct. App. Ohio, Stark County. Certiorari denied.

No. 04–6621. CARTER v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 04–6629. PAREDES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–6684. GLASS v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 04–6688. FRANKS v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 04–6740. HOFFNER v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 04–6760. ST. HELEN v. MILLER, SUPERINTENDENT, EASTERN NEW YORK CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 04–6766. SOERING v. POWELL, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 04–6767. BROWN v. BLAINE ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–6778. MARTIN v. KOLJONEN ET AL. C. A. 6th Cir. Certiorari denied.